# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# LEWIS T. BABCOCK, JUDGE

Civil Case No. 08-cv-00020-LTB-BNB

GARY ROYAL,

      Plaintiff,

v.

CENTRAL PORTFOLIO CONTROL, INC., a Minnesota corporation,

      Defendant.
_____

## ORDER OF DISMISSAL
_____

THIS MATTER having come before the Court on the Stipulation of Dismissal With Prejudice (Doc 12 - filed March 15, 2008), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                                BY THE COURT:

                                s/Lewis T. Babcock
                                Lewis T. Babcock, Judge

DATED:   March 17, 2008